UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| NELSON BAEZ MARRERO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, BLUEBONNET DETENTION CENTER,<br><br>Respondent. | No. 1:26-CV-00419-H |

**ORDER**

Petitioner filed a supplemental statement in support of his petition for writ of habeas corpus under 28 U.S.C. § 2241 and an emergency motion seeking an immediate hearing, release from detention, or an individualized custody review. *See* Dkt. Nos. 10, 11. This is Petitioner's second request for preliminary injunctive relief. The Court denied Petitioner's first motion seeking the same relief on the ground that the preliminary relief sought improperly seeks the same ultimate relief requested in the petition. *See* Dkt. No. 5. The Court denies the second request for the same reasons.

So ordered on September 18, 2026.

JAMES WESLEY HENDRIX
United States District Judge